UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GRACO INC. and<br>GRACO MINNESOTA INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HARBOR FREIGHT TOOLS USA,<br>INC.,<br><br>　　　　Defendant. | Civil No. 0:23-cv-00130 (PJS/DLM) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Graco Inc. and Graco Minnesota Inc. (collectively "Graco") and Defendant Harbor Freight Tools USA, Inc. ("HFT"), by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action without prejudice, including all claims, counterclaims, causes of action, and defenses asserted by both parties.

Each party shall bear its own attorneys' fees and costs.

Dated:  July 1, 2024　　　　　　**FISH & RICHARDSON P.C.**

　　　　　　　　　　　　　　　　By:  */s/ Joseph A. Herriges*
　　　　　　　　　　　　　　　　　　Joseph A. Herriges (#0390350)
　　　　　　　　　　　　　　　　　　Conrad A. Gosen (#0395381)
　　　　　　　　　　　　　　　　　　Sarah E. Jack (#0400118)
　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　60 South 6th Street, Suite 3200
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　(612) 335-5070

1

        herriges@fr.com; gosen@fr.com; jack@fr.com

        Ryan Steinman (*pro hac vice*)
        Jessica Cohen-Nowak (*pro hac vice*)
        FISH & RICHARDSON P.C.
        7 Times Square, 20th Floor
        New York, NY 10036 (212) 765-5070
        steinman@fr.com
        cohen-nowak@fr.com

        Ryan McKay (*pro hac vice*)
        FISH & RICHARDSON P.C.
        222 Delaware Avenue, 17th Floor
        Wilmington, DE 19801
        (302) 652-5070
        mckay@fr.com

        ***Attorneys for Plaintiffs***
        ***GRACO INC. and GRACO MINNESOTA INC.***

Dated:  July 1, 2024        **SPENCER FANE LLP**

        By: */s/ Jessica J. Nelson*
          Jessica J. Nelson, #347358
          Johanna R. Hyman, #397151
          SPENCER FANE LLP
          100 South Fifth Street, Suite 2500
          Minneapolis, MN 55402
          Telephone: (612) 268-7000
          jnelson@spencerfane.com
          jhyman@spencerfane.com

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

        David M. Grable (*pro hac vice*)
        Richard Jagdishwar Millett (*pro hac vice)*
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        865 S. Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        Telephone: (213) 443-3000
        davegrable@quinnemanuel.com
        richardmillett@quinnemanuel.com

        Eric Huang (*pro hac vice*)
        Jason C. Williams (*pro hac vice*)
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        Telephone: (212) 849-7000
        erichuang@quinnemanuel.com;
        jasonwilliams@quinnemanuel.com

        Margret M. Caruso (*pro hac vice*)
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        555 Twin Dolphin Dr., 5th Floor
        Redwood Shores, CA 94065
        Telephone: (650) 801-5000
        margretcaruso@quinnemanuel.com

        ***Attorneys for Defendant***
        ***HARBOR FREIGHT TOOLS USA, INC.***